FILED 21 APR '20 11:01 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Eugene _____ DIVISION

_Richard Reigard_

*(Enter full name of plaintiff)*

Plaintiff,

v.

_Q.S. H_

_Mandi Davies Psy D_

_Lori Morton Nurse_

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:20-cv-00656-JR _____
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑ Yes          ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

Mailing Address
Richard Reigard
1611 Grant St
North Bend ore. 97459

Plaintiff

Name: Richard Reigard

Street Address: 200 East 2nd

City, State & Zip Code: Copcuillo Ore. 97423

Telephone No.: N/a

Please mail response to both Addresses

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

O.S.H.

**Defendant No. 1**   Name: _Mandi Davies PSyD_

Street Address: _2600 Centers St_

City, State & Zip Code: _Salem ore 97301_

Telephone No.: _Dont Know_

O.S.H

**Defendant No. 2**   Name: _Lori Martin Narze_

Street Address: _2600 centers St_

City, State & Zip Code: _Salem ore 97301_

Telephone No.: _Dont Know_

**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Slander misdiagnosis, medical malpractice

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The Nurse Cori Martin, Kept threating me throughout my stay to take meds or I would be there longer & I wouldn't pass my evaluation, I rarely talked to her & she said I was delusional N skited, I'm neither, I told her I had numerous doctor reports that says otherwise, I also filed a complaint to the Nursing Board

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Mandie Davies had a eval with me N came up with the conclusion

that i'm skitzo N Phycotic Disorder,
I passed all the questions its
totally wrong, the mis diagnos is
to keep me incarcerated because
I refuse to take meds I don't
need that are dangerous. i'm
ADHD

## Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I have multiple records striking
through my life that i'm ADHD
they mis diagnos me on purpose
to keep me incarcerated a
that slander N malpratice N
outright wrong. there is nothing
wrong with me, I offered to show
them proof they were wrong but They
didn't care. I am not skitzo or
phycotic

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes        ☒ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like all the mental
Disorder except ADHD off my
reports, I would like them
to listen N let me show
them what i'm talking about
everything can be explained they
need to let me out N pay me
for my time N apologize for
mis diegnosing mes on purpose N
trying to force me to take drugs I don't
need

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _17_ day of _April_ , 20_20_.

_____
*(Signature of Plaintiff)*